Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT

**2/25/2025**

CENTRAL DISTRICT OF CALIFORNIA
BY:    MMC    DEPUTY

Case Number    2:25-CR-00129-CV

U.S.A. v.    EDUARDO DOMINGO RENOJ-MATUL

Defendant Number    1

Year of Birth    1973

[✓] Indictment    [ ] Information    Investigative agency (FBI, DEA, etc.)    HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense

[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense    Unknown to present

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

[✓] Los Angeles    [ ] Ventura
[ ] Orange    [ ] Santa Barbara
[✓] Riverside    [ ] San Luis Obispo
[✓] San Bernardino    [ ] Other Arizona;Oklaho

Citation of Offense    8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(i), (ii), (iii), (a)(1)(B)(i), (iv); 18 U.S.C. § 1203(a)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

[ ] Eastern (Riverside and San Bernardino)    [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

[✓] No    [ ] Yes

If "Yes," Case Number:

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:    N/A

Case Number:

Assigned Judge:

Charging:

The complaint/CVB citation:

[ ] is still pending

[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?    [ ] No    [ ] Yes

IF YES, provide Name:

Phone Number:

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*    [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*    [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**    [ ] Yes    [✓] No

This is the _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

Case Number

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on

Are there 8 or more defendants in the superseding case?

[ ] Yes*    [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*    [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?

[ ] Yes    [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

<u>INTERPRETER</u>

Is an interpreter required?    ☑ YES    ☐ NO

IF YES, list language and/or dialect:

Spanish; K'iche'

<u>OTHER</u>

☑ Male        ☐ Female
☐ U.S. Citizen   ☑ Alien

Alias Name(s)   Turko, Turco, El Jefe, Patrol, El Gallo

This defendant is charged in:

☐ All counts
☑ Only counts:   1, 3, 4

☐ This defendant is designated as "High Risk" per
18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case
include(s):

☐ financial institution fraud    ☐ public corruption
☐ government fraud               ☐ tax offenses
☐ environmental issues           ☐ mail/wire fraud
☐ narcotics offenses             ☑ immigration offenses
☐ violent crimes/firearms        ☐ corporate fraud
☐ Other _____

<u>CUSTODY STATUS</u>

<u>Defendant is **not in custody**:</u>

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

in the amount of $ _____

c. PSA supervision?    ☐ Yes   ☐ No

d. Is on bail or release from another district:

_____

<u>Defendant is **in custody**:</u>

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution: _____

c. If Federal, U.S. Marshals Service Registration Number:

_____

d. ☐ Solely on this charge.  Date and time of arrest:

_____

e. ☐ On another conviction:    ☐ Yes        ☐ No

IF YES :   ☐ State        ☐ Federal        ☐ Writ of Issue

f. ☐ Awaiting trial on other charges:    ☐ Yes    ☐ No

IF YES :   ☐ State    ☐ Federal    AND

Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.    ___ 20    ___ 21    ___ 40

<u>EXCLUDABLE TIME</u>

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date    02/23/2025

*Elia Herrera*
**Signature of Assistant U.S. Attorney**
Elia Herrera
**Print Name**