UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-CR-00129-CV-1 | Date: 02/28/2025 |

Present: The Honorable: Patricia Donahue, United States Magistrate Judge

Interpreter: Cecillia Aguirre     Language: Spanish

| Leah Krivitsky | 02/28/2025 | Robert Quealy |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s)  ✓ Present  In Custody | Attorneys for Defendants:  ✓ Present  CJA |
|---|---|
| Eduardo Domingo Renoj-Matul | Mark Windsor |

Proceedings: Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Cecillia Aguirre; Language: Spanish
* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read the charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Cynthia Valenzuela.
* It is ordered that the following date(s) and time(s) are set: Jury Trial-04/22/2025 at 9:00 a.m..
Pre Trial Conference-04/11/2025 at 10:30 a.m..
* Government counsel provides trial estimate of 10 days.
* Judge Valenzuela is located in 5D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA       PSAED       PSASA
 ✓ USMLA        USMED       USMSA        Initial Appearance/Appointment of Counsel: 00 : 00
   Statistics Clerk                   ✓ Interpreter            Arraignment: 00 : 03
 ✓ CJA Supervising Attorney           Fiscal             Initials of Deputy Clerk: LK by TRB